U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court`s general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

In the Matter of:                                            Case Number:

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-EQ1, ASSET BACKED CERTIFICATES, SERIES 2006-EQ1
vs.

Cecilia Carolina Fuentes, Jorge Silva et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
(In the space below, enter the name of the party or parties being represented)

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-EQ1, ASSET BACKED CERTIFICATES, SERIES 2006-EQ1, Plaintiff

| Name (Type or Print) |  |
|---|---|
| PHILLIP A. PLUISTER |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| /s/PHILLIP A. PLUISTER |  |
| FIRM |  |
| Burke Costanza & Cuppy LLP |  |
| STREET ADDRESS |  |
| 9191 Broadway |  |
| CITY/STATE/ZIP |  |
| Merrillville, IN 46410 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 2654464 | (219) 769-1313 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") **Y** ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") **N** ||
| ARE YOU A MEMBER OF THIS COURT`S TRIAL BAR? (Enter "Y" or "N") **N** ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") **N** ||
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. ||
| RETAINED COUNSEL | APPOINTED COUNSEL |